# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-051-RJC-DCK

| | |
|---|---|
| MY'KA EL, a/k/a MICHAEL EUGENE YOUNG, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| R. REESE, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Reese's "Motion To Stay IAC, Initial Discovery, And Related Obligations" (Document No. 17) filed June 20, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion. Plaintiff has failed to file a response, and the time to do so has lapsed. Local Rule 7.1(E).

**IT IS, THEREFORE, ORDERED** that Defendant Reese's "Motion To Stay IAC, Initial Discovery, And Related Obligations" (Document No. 17) is **GRANTED**.

**SO ORDERED**.

Signed: July 12, 2016

David C. Keesler
United States Magistrate Judge