| | | |
|---|---|---|
| My'Ka El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00051-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Police Department<br>M. Sullivan<br>S. Selogy<br>R. Reese<br>FNU Meyers<br>FNU Agape<br>K.S. Kodad<br>FNU Issac<br>FNU Airtone<br>S. Mobley<br>T. Moore<br>T. Wilson<br>J. Fletcher<br>J. Parker<br>P. Moore<br>L.B. Diggs<br>FNU Hood<br>B. Butler<br>R. Chapman<br>FNU Green<br>M.W. Womble<br>M.T. Retort<br>B. Scarey<br>T. Castano<br>FNU Stouts<br>R. Monroe<br>J.H. Frison<br>R. Burnett<br>Bradon Jolly<br>W.L. Canter<br>Cooper Jerrell<br>FNU Eason | ) | |

FNU Street
FNU Gant**,**
Defendant(s).                    )

# United States District Court
## Western District of North Carolina
## Charlotte Division

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2017 Order.

February 28, 2017

_____

Frank G. Johns, Clerk
United States District Court